IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANDRE TURK, | * |
| Plaintiff, | * |
| | Case No. 5:24-cv-00354-TES |
| STATE OF GEORGIA, | * |
| Defendant. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 28, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 30th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk